```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARISOL JOSEPH,                                                        :
                                                                       :
                          Plaintiff,                                   :
                                                                       :     24 Civ. 6809 (JPC)
            -v-                                                        :
                                                                       :            ORDER
LONG ISLAND RAILROAD COMPANY,                                          :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff served the Complaint, Dkt. 1, on Defendant on September 20, 2024, so Defendant's deadline to respond to the Complaint was October 11, 2024. Dkt. 4. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 29, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 12, 2024.

      SO ORDERED.

Dated: October 15, 2024
      New York, New York

                                                       JOHN P. CRONAN
                                                 United States District Judge