```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
MARISOL JOSEPH,                                     :
                                                    :
                        Plaintiff,                  :
                                                    :         24 Civ. 6809 (JPC)
        -v-                                         :
                                                    :               ORDER
LONG ISLAND RAILROAD COMPANY,                       :
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 19, 2024, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by June 9, 2025. Dkt. 11 ¶ 18. The parties failed to submit this letter to the Court. Accordingly, the parties shall file the joint letter described at Dkt. 11 ¶ 18 on or before June 24, 2025. The parties are cautioned that the failure to abide by Court orders may be grounds for sanctions.

SO ORDERED.

Dated: June 17, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge